

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00400-CV

| | | |
|---|---|---|
| JOSE L. MONDRAGON AND ELVIRA BECERRA-JUAREZ, Appellants | § | On Appeal from the 431st District Court |
| v. | § | of Denton County (20-1552-431) |
| JOHN M. COLLINS AND CK LONE STAR INVESTMENTS, A TEXAS SERIES LIMITED LIABILITY COMPANY, Appellees | § | August 11, 2022 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Jose L. Mondragon and Elvira Becerra-Juarez shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell